IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD LEE TARRANCE,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>JAMES HARTLEY,<br><br>　　　　Respondent.<br>_____/ | 1:08-cv-00985-OWW-TAG (HC)<br><br>ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO RESPONDENT'S MOTION TO DISMISS<br><br>(DOCUMENT #15)<br><br>THIRTY DAY DEADLINE |

　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. (Doc. 1). On December 5, 2008, Respondent file a motion to dismiss the petition. (Doc. 12). On February 17, 2009, Petitioner filed a motion to extend the time to file a response to the motion to dismiss. Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

　　Petitioner is granted thirty (30) days from the date of service of this order in which to file a response to Respondent's motion to dismiss.

IT IS SO ORDERED.

Dated:　**February 23, 2009**　　　　　　　　　　　　　**/s/ Theresa A. Goldner**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE